**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| Julian Cobb,<br><br>    Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.<br><br>    Defendant. | Case No. 2:10-cv-401-TLS-PRC<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to hereby give notice that the parties have reached a settlement of this matter. Although the settlement obligations are not yet fully executed, Plaintiff should be in a position to file a notice of dismissal no later than January 31, 2011.

                                        RESPECTFULLY SUBMITTED,

                                        Macey & Aleman, P.C.

                                        By: */s/ Timothy J. Sostrin*
                                             Timothy J. Sostrin
                                             233 S. Wacker Drive, Suite 5150
                                           Chicago, IL 60606
                                           Telephone: 866.339.1156
                                           tjs@legalhelpers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2011, I served Defendant with a copy of the foregoing Notice by depositing a copy of the same in the United States Mail addressed as follows:

Midland Credit Management
c/o Amy R. Jonker, Esq.
**Dykema**
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606

                                                     */s/ Timothy J. Sostrin*