**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| Julian Cobb,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.<br><br>　　　　Defendant. | Case No. 2:10-cv-401-TLS-PRC<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED,

| MACEY & ALEMAN, P.C. | DYKEMA GOSSETT, PLLC |
|---|---|
| By: /s/ Timothy J. Sostrin<br>Timothy J. Sostrin<br>233 S. Wacker Drive, Suite 5150<br>Chicago, IL 60606<br>Telephone: 866.339.1156<br>Fax: 312-822-1064<br>Email: tjs@legalhelpers.com<br>Attorneys for Plaintiff | By: /s/ with consent of Amy R. Jonker<br>Amy R. Jonker<br>10 S. Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Telephone: 312-627-8323<br>Fax: 312-627-2302<br>Email: AJonker@Dykema.com<br>Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 26, 2011, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Amy R. Jonker
DYKEMA GOSSETT PLLC
AJonker@Dykema.com

                /s/ Timothy J. Sostrin